JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL FRIERSON,<br><br>　　　　Petitioner,<br><br>v.<br><br>ERIC ARNOLD, Warden, California State Prison at Solano,<br><br>　　　　Respondent. | Case No.: CV 14-00626 DDP<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Dismissing Petition dated March 19, 2014, this matter is DISMISSED with prejudice as this Court has no jurisdiction over these claims. **IT IS SO ORDERED**.

Dated this 19th day of March, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE